```
1  DANIEL J. BRODERICK, Bar #89424
   Federal Defender
2  MATTHEW M. SCOBLE, Bar# 237432
   Assistant Federal Defender
3  801 I Street, 3rd Floor
   Sacramento, California  95814
4  Telephone (916) 498-5700

5  Attorney for Defendant
   LEO WHEELER
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | Cr.S. 10-492-GEB |
| Plaintiff, | ) | |
| | ) | **STIPULATION AND [PROPOSED]** |
| v. | ) | **ORDER** |
| | ) | |
| LEO WHEELER, | ) | DATE: December 9, 2011 |
| | ) | TIME: 9:00 a.m. |
| Defendant. | ) | JUDGE: Hon. Garland E. Burrell Jr. |
| | ) | |
| _____ | ) | |

It is hereby stipulated and agreed to between the United States of America through RUSSELL CARLBERG Assistant U.S. Attorney, and defendant, LEO WHEELER, by and through his counsel, MATTHEW M. SCOBLE, Assistant Federal Defender, that the judgment and sentencing set for Friday, November 18, 2011, be continued to Friday, December 9, 2011, at 9:00 a.m. for status conference. The reason for this continuance is for the defense counsel to receive and review the plea agreement with the client. Further, the government represents that one or more of the victims would like to address the Court. This continuance will facilitate coordinating the victims' schedule.

It is further stipulated that the time period from the date of this stipulation, November 17, 2011, through and including the date of the new status conference hearing, December 9, 2011, shall be excluded from computation of time within which the trial of this matter must be commenced under the Speedy Trial Act, pursuant to 18 U.S.C. §§ 3161(h)(7)(B)(iv) and Local Code T4 [reasonable time for defense counsel to prepare].

DATED: November 17, 2011

Respectfully submitted,

DANIEL J. BRODERICK
Federal Defender

/s/ Matthew M. Scoble
MATTHEW M. SCOBLE
Assistant Federal Defender
Attorney for Defendant
LEO WHEELER

DATED: November 17, 2011

BENJAMIN B. WAGNER
United States Attorney

/s/ Matthew M. Scoble
RUSSELL CARLBERG
Assistant U.S. Attorney
Attorney for Plaintiff

**O R D E R**

**IT IS SO ORDERED.** Time is excluded from today's date through and including December 9, 2011, in the interests of justice pursuant to 18 U.S.C. §3161(h)(7)(B)(iv) [reasonable time to prepare] and Local Code T4.

Dated: November 17, 2011

GARLAND E. BURRELL, JR.
United States District Judge

2