```
1  DANIEL J. BRODERICK, Bar #89424
   Federal Defender
2  MATTHEW M. SCOBLE, Bar# 237432
   Assistant Federal Defender
3  801 I Street, 3rd Floor
   Sacramento, California  95814
4  Telephone (916) 498-5700

5  Attorney for Defendant
   LEO WHEELER
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | Cr.S. 10-492-GEB |
| Plaintiff, | ) | |
| | ) | **STIPULATION AND [PROPOSED]** |
| v. | ) | **ORDER** |
| | ) | |
| LEO WHEELER, | ) | DATE: February 3, 2012 |
| | ) | TIME: 9:00 a.m. |
| Defendant. | ) | JUDGE: Hon. Garland E. Burrell Jr. |
| | ) | |
| _____ | ) | |

It is hereby stipulated and agreed to between the United States of America through RUSSELL CARLBERG Assistant U.S. Attorney, and defendant, LEO WHEELER, by and through his counsel, MATTHEW M. SCOBLE, Assistant Federal Defender, that the judgment and sentencing set for Friday, December 23, 2011, be continued to Friday, February 3, 2012, at 9:00 a.m. for judgment and sentencing.  Per pre-trial services officer Lynda Moore, the continuance will give sufficient time for the Pre-Sentence Report to be completed.  Further, the government represents that one or more of the victims would like to address the Court.  This continuance will facilitate coordinating the victims' schedule.

| | |
|---|---|
| 1 | It is further stipulated that the time period from the date of this |
| 2 | stipulation, December 9, 2011, through and including the date of the |
| 3 | new judgment and sentencing hearing, February 3, 2012, shall be |
| 4 | excluded from computation of time within which the trial of this matter |
| 5 | must be commenced under the Speedy Trial Act, pursuant to 18 U.S.C. §§ |
| 6 | 3161 (h)(7)(A) & (B)(iv) and Local Code T4 [reasonable time for defense |
| 7 | counsel to prepare]. |

DATED: December 7, 2011         Respectfully submitted,

                                DANIEL J. BRODERICK
                                Federal Defender

                                /s/ Matthew M. Scoble
                                MATTHEW M. SCOBLE
                                Assistant Federal Defender
                                Attorney for Defendant
                                LEO WHEELER


DATED: December 7, 2011         BENJAMIN B. WAGNER
                                United States Attorney

                                /s/ Matthew M. Scoble
                                RUSSELL CARLBERG
                                Assistant U.S. Attorney
                                Attorney for Plaintiff


**O R D E R**

**IT IS SO ORDERED.** Time is excluded from today's date through and including February 3, 2012, in the interests of justice pursuant to 18 U.S.C. §3161(h)(7)(A) & (B)(iv) [reasonable time to prepare] and Local Code T4.

Dated: December 9, 2011

_____
GARLAND E. BURRELL, JR.
United States District Judge